# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 CV 11

| | |
|---|---|
| ANNA DARLENE MURPHY and husband, STEVEN MURPHY, )<br>)<br>Plaintiffs )<br>)<br>V )<br>)<br>AUTO ADVANTAGE, INC., an Iowa corporation, )<br>)<br>Defendant ) | **ORDER** |

**THIS MATTER** is before the court on Maranda J. Freeman's Application for Admission to Practice *Pro Hac Vice* of Nicholas A. Bader. It appearing that Nicholas A. Bader is a member in good standing with the Florida State Bar and will be appearing with Maranda J. Freeman, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Maranda J. Freeman's Application for Admission to Practice *Pro Hac Vice* (#61) of Nicholas A. Bader is **GRANTED**, and that Nicholas A. Bader is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Maranda J. Freeman.

Signed: April 16, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge